UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
EZRA BAPTIST, JULIET PEARCE, MARGARET
LEWIS, JAMIE SANIN, CAROLYN LECHUSZA
AQUALLO, and CHELSEA VILLALBA, on their
own and on behalf of a class of similarly situated
individuals who suffered excessive force during their
unlawful arrests, and MICHELLE RIDDELL, on her
own and on behalf of a class of similarly situated
individuals unlawfully arrested,

                          Plaintiffs,

     vs.

DARRELL P. WHEELER in his individual capacity,
SHERIFF JUAN FIGUEROA, in his individual
capacity, OLIVIA BCHOR and THOMAS BRUSCA,
as representatives of a defendant class of New York
State Police Officers who violated plaintiffs' rights as
set forth herein and who are sued in their individual
capacities, DEPUTY SHERIFF HARDER, as a
representative of a defendant class of members of the
Ulster County Sheriff's Office who violated
plaintiffs' rights as set forth herein and who are sued
in their individual capacities, PO J. YUKOWEIC,
Shield No. 16, as a representative of the class of
members of the New Paltz State University Police
who violated plaintiffs' rights as set forth herein and
are sued in their individual capacities,

                          Defendants.
------------------------------------------------------------------x

**NOTICE OF MOTION**

Docket No. 24 Civ. 1478 (AMN)(TWD)

      **PLEASE TAKE NOTICE** that, upon the Attorney's Declaration of Mark A. Radi and

the exhibit annexed thereto; the accompanying *Memorandum of Law in Support of Defendants'*

*Motion to Dismiss*; and upon all pleadings and proceedings heretofore had herein, Defendants

SHERIFF JUAN FIGUEROA and SGT. JAMES HARCHER, s/h/a DEPUTY SHERIFF

HARDER, will move this Court before the Honorable Anne M. Nardacci at the United States

District Court for the Northern District of New York, on a date and time to be determined by the

Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing this action as against Sheriff

Juan Figueroa and Sgt. James Harcher with prejudice, together with such other and further relief

as this Court deems just, equitable, and proper.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Northern District of New

York's Local Rules of Practice 7.1, answering papers shall be served by April 25, 2025.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Northern District of New

York's Local Rules of Practice 7.1, reply papers, if any, shall be served and filed by May 2, 2025.

Dated:  Carle Place, New York
      April 4, 2025

SOKOLOFF STERN LLP
*Attorneys for Defendants Sheriff Juan Figueroa and Sgt. James Harcher*

By: _____
Mark A. Radi
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500
File No.: 240544

TO:

SUSSMAN & GOLDMAN
*Attorneys for plaintiffs*
1 Railroad Ave., 3rd Floor
P.O. Box 1005
Goshen, NY 10924

2